UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE BANQUE DE FRANCE, et. al., ) <br> ) <br> Petitioners, ) <br> ) <br> v. ) <br> ) <br> NML CAPITAL LTD., et. al., ) <br> ) <br> Respondents. ) <br> ) | Misc. Case No. 1:10-MC-00611 <br> (RWR-JMF) <br><br> **FILED** <br><br> DEC 0 3 2010 <br><br> U.S. DISTRICT COURT |

### [PROPOSED] ORDER

Upon consideration of the Stipulation of Voluntary Dismissal filed in this matter by Petitioners, the Banque de France and Christian Noyer, and Respondents, NML Capital Ltd. and EM, Ltd., this matter is hereby dismissed.

_____
United States District Judge

12/3/10